**SO ORDERED.**

**SIGNED this 22 day of May, 2019.**

_____

**David M. Warren**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

MILDRED DENIS,                    CASE NO. 19-00280-5-DMW
                                  CHAPTER 13
  DEBTOR

### ORDER ALLOWING DEBTOR'S OBJECTION TO CLAIM

Upon the Objection to Claim of the Debtor and there having been no responsive filing or objection within the time required, the Court finds that Court Claim #18 filed by Jamine W. Chandler in the amount of $48,000.00 should be reclassified in its entirety as a general unsecured claim.

ORDERED that the said Court Claim #18, filed herein be, and hereby is reclassified in its entirety as a general unsecured claim.

End of Document